22325. BANKERS HEALTH & LIFE INSURANCE CO. *v.* WILLIAMS.

HOOPER, J. This case is controlled by the decision in the companion case of *Bankers Health & Life Insurance Co.* v. *James*, 45 *Ga. App.* 346 (164 S. E. 684).

*Judgment reversed. Broyles, C. J., concurs. MacIntyre, J., not presiding.*

DECIDED NOVEMBER 16, 1932.

*Hay & Gainey,* for plaintiff in error.   *James B. Burch,* contra.